# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
<u>NORFOLK DIVISION</u>

## Thursday, June 1, 2017

**MINUTES OF PROCEEDINGS** IN <u>    Open Court    </u>
**PRESENT**: THE HONORABLE <u>    Robert G. Doumar, Senior United States District Judge    </u>
Courtroom Deputy: <u>Lori Baxter    </u>
Law Clerk: <u>    Erin Topp            </u>                                              Reporter: <u>    Janet Collins, OCR    </u>

| Set:   3:00 p.m. | Started:   2:49 p.m. | Ended:   4:14 p.m. |
|---|---|---|
| Case No.   2:16cv602 | | |
| | | |
| TFOR LLC | | |
| v. | | |
| Virtustream, Inc. | | |
| | | |
| Appearances:   Cleveland Thornton, III and Clyde R. Christofferson for the Plaintiff.   Adam J. Kessel, Ahmed J. Davis and Thomas A. Brown for the Defendant. | | |
| | | |
| Hearing held re [16] Motion to Dismiss for Failure to State a Claim by Virtustream, Inc.   Arguments of counsel.   Comments of the Court.   The Court conducted a Rule (16b) Scheduling Conference setting a jury trial on March 6, 2018.   The parties are ordered to set a settlement conference w/Magistrate Judge Leonard.   Court adjourned. | | |

Total Hours: <u>                    </u>