## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| TFOR LLC, | |
| Plaintiff, | |
| v. | Civ. Act. No. 2:16cv602 (RGD/LRL) |
| VIRTUSTREAM, INC., | |
| Defendant. | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff TFOR LLC ("TFOR") and

Defendant Virtustream, Inc. ("Virtustream") jointly move to dismiss with prejudice all claims

brought by TFOR against Virtustream with each party to bear its own attorneys' fees, expenses,

and costs.

Respectfully submitted,

By:    */s/ Cleveland Thornton*          By:   */s/ Ahmed J. Davis*

        Cleveland Thornton                       Ahmed J. Davis (Va. Bar No. 43982)

        Attorney at Law                              adavis@fr.com

        Virginia Bar Number 25380             Jared M. Hartzman (Va. Bar No. 89234)

        15 2nd Street, NE                          hartzman@fr.com

        Washington, DC 20002-7301          FISH & RICHARDSON P.C.

        Office: 202-543-9673                   901 15th Street, N.W., 7th Floor

        Mobile: 202-271-8383                   Washington, DC 20005

        thornton@legalbits.com               Phone: (202) 783-5070

        Clyde Christofferson                  Adam J. Kessel (admitted *pro hac vice*)

        Attorney at Law                              kessel@fr.com

        Virginia Bar No. 24593                FISH & RICHARDSON, P.C.

        11291 Spyglass Cove Lane           One Marina Park Drive

        Reston, VA 20191                        Boston, MA 02110-1878

        Office: 703-314-9952                  Phone: (617) 542-5070

        Fax: 703-860-9338

        clydec@crc-law.com                Thomas A. Brown (admitted *pro hac vice*)

                                                tom.brown@dell.com

*Counsel for Plaintiff TFOR LLC*          Dell Inc.

                                                176 South Street

                                                Hopkinton, MA 01748

                                                Phone: (508) 435-1000

                                           *Counsel for Defendant Virtustream, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing JOINT MOTION TO DISMISS WITH PREJUDICE has been filed with the Court's ECF systems, and thereby served all parties and counsel designated to receive such notices, on October 13, 2017.

/s/ Ahmed J. Davis
Ahmed J. Davis (Va. Bar No. 43982)
adavis@fr.com
**FISH & RICHARDSON P.C.**
901 15th Street, N.W., 7th Floor
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331